DC 11
Rev. 7/82

**WRIT OF EXECUTION**

| *United States District Court* | DISTRICT  Western District of Virginia, Danville Division |
|---|---|

TO THE MARSHAL OF: Western District of Virginia

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME

Louis Christopher D'Oro, M.D.

you cause to be made and levied as well a certain debt of: $70,617.35

| DOLLAR AMOUNT | DOLLAR AMOUNT |
|---|---|
| SeventyThousandSixHundredSeventeenDollars and Thirty-five cents | |

In the United States District Court for the Western District of Virginia, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said.

Defense Finance and Accounting Service

and also the costs that may accrue under this writ.
    And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE  United States District Court | DISTRICT  Western District of Virginia, Danville Division |
|---|---|
| CITY    Danville, Virginia | DATE |

Witness the Honorable _____
                          *(United States Judge)*

| DATE | CLERK OF COURT |
|---|---|
|  | (BY) DEPUTY CLERK |

**RETURN**

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|

This writ was received and executed.

| U. S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|