

B. Page Gravely, Jr., Esquire
Ext. 414
Email: pgravely@hdjn.com

P.O. Box 72050, Richmond, VA 23255-2050
T 804.967.9604   ■   F 804.967.9888
www.hdjn.com

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAY 17 2011

JULIA C. DUDLEY, CLERK
BY: HMcDonald
DEPUTY CLERK

May 13, 2011

**VIA FEDERAL EXPRESS**
Julia C. Dudley, Clerk
United States District Court
For the Western District of Virginia
Franklin, VA 23851
Danville Division
P.O. Box 1400
Danville, Virginia 24543

    Re:    Memorial Hospital of Martinsville v. Louis Christopher D'Oro, M.D.
            Case No. 4:10MC0001

Dear Ms. Dudley:

    Please find enclosed for filing an original Writ of Execution, Suggestion for Garnishment Summons, Garnishment Summons, and Notice to Judgment Debtor How to Claim Exemptions and Request for Hearing-Garnishment/Lien Exemption Claim. The documents are regarding the Judgment Debtor, Louis Christopher D'Oro, M.D. and are to be served on Dr. D'Oro and on the Garnishee, Defense Finance and Accounting Service.

    Please issue the garnishment documents and return them to us in the enclosed self-addressed envelope. Thereafter, we will arrange for service of process. If you have any questions, you may contact Mary A. Huffman or me at (804) 967-9604.

Very truly yours,

B. Page Gravely, Jr.

Enclosures

cc:    Mary A. Huffman, Esquire

HANCOCK, DANIEL, JOHNSON & NAGLE, P.C.