IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| MEMORIAL HOSPITAL OF MARTINSVILLE, | ) ) ) | 4:10MC00001 |
| Plaintiff/Creditor, | ) ) ) | **ORDER** |
| v. | ) ) | |
| LOUIS CHRISTOPHER D'ORO, M.D., | ) ) ) | By: Jackson L. Kiser Senior United States District Judge |
| Defendant/Debtor. | ) | |

Before me is Defendant/Debtor Louis D'Oro, M.D.'s Motion to Quash the Garnishment Summons and Writ of Execution issued to enforce the judgment entered by this Court on May 20th, 2010. Mot. to Quash, June 24, 2011, ECF No. 9. Plaintiff/Creditor Memorial Hospital of Martinsville has submitted a response brief and the Court has held a telephonic hearing on the matter. Creditor's Resp., June 30, 2011, ECF No. 12. For the reasons explained in the accompanying Memorandum Opinion, the Court **GRANTS** the Motion to Quash the Garnishment Summons, but **DENIES** the Motion to Quash the Writ of Execution. ENTERED this 8th day of July, 2011.

                                                                                              s/Jackson L. Kiser
                                                                                              Senior United States District Judge